UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JANET NASSIF, etc., *et al.*,<br><br>     Plaintiff,<br><br>vs.<br><br>SUPERVALU, INC., etc., *et al.*,<br><br>     Defendant. | 2:11-cv-1273-GMN-RJJ<br><br>**ORDER** |

  IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on December 7, 2011.

  IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

  1. Shall identify the discovery that has been completed;

  2. Shall identify the discovery that remains outstanding;

  3. Shall identify any pending discovery motions; and,

  4. Shall detail all attempts to settle the case.

DATED this  26th  day of October, 2011.

                     _____
                     ROBERT J. JOHNSTON
                     United States Magistrate Judge