UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JANET NASSIF, etc., *et al.*, | ) | |
| Plaintiff, | ) ) | 2:11-cv-1273-GMN-RJJ |
| vs. | ) ) | |
| SUPERVALU, INC., etc., *et al.*, | ) ) | **ORDER** |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on March 16, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  21st  day of February, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge