JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: aicklen@lbbslaw.com
E-Mail: stitzer@lbbslaw.com
Attorneys for Defendants SUPERVALU, INC.,
NEW ALBERTSON'S, INC. and ALBERTSON'S, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JANET NASSIF, individually and as husband and wife; and THOMAS NASSIF individually and as a husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERVALU, INC., a foreign corporation; NEW ALBERTSON'S, INC., a foreign corporation; ALBERTSON'S LLC, a foreign limited-liability company; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-01273-GMN-RJJ |

**ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

Defendant NEW ALBERTSON'S, INC.'S [13] Motion for Judgment on the Pleadings to Dismiss Plaintiff's Second Cause of Action for Negligent Infliction of Emotional Distress, having come on for hearing on April 11, 2012 in chambers, the Court having considered the merits of the Motion, and having received [14] Plaintiff's Notice of Non-Opposition, for good cause appearing therefore:

/ / /

4822-2124-8015.1

## ORDER

**IT IS HEREBY ORDERED** that Defendant NEW ALBERTSON'S, INC.'S Motion for Judgment on the Pleadings to Dismiss Plaintiff's Second Cause of Action for Negligent Infliction of Emotional Distress, is *GRANTED*.

**DATED** this 17th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
Stephen L. Titzer, Esq.
Nevada Bar No. 008289
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants SUPERVALU, INC., NEW ALBERTSON'S, INC. and ALBERTSON'S, LLC