1

2

3

4

5

6

7                                  UNITED STATES DISTRICT COURT

8                                       DISTRICT OF NEVADA

9                                               * * *

10   JANET NASSIF, individually, etc., *et al.*,    )
                                                    )
11                                                  )
                          Plaintiff,                )        2:11-cv-1273-GMN-RJJ
12                                                  )
     vs.                                            )
13                                                  )
     SUPERVALU, INC., etc., *et al.*,               )        O R D E R
14                                                  )
                          Defendant,                )
15   _____ )

16          This matter is before the Court on Defendant's Request for Sanctions in the Form of

17   Attorney's Fees and Costs related to Defendant's Motion for Sanctions (#24).

18          Defendant's Motion for Sanctions  (#24) was  granted in part by the Court.  *See,*  Order

19   (#41).  On November 26, 2012, the Court held a hearing on Defendant's request for the

20   reasonable expenses, including attorney's fees, incurred in bringing the Motion (#24).Pursuant to

21   the Affidavit of Josh Cole Aicklen, Esq. (#43), the Defendant seeks  $10,032.00 in attorneys' fees

22   for 60.8 hours related to preparing and presenting Defendant's Motion (#24) and an additional

23   $5,850.00 for retaining a rebuttal expert and expert report, for a total of $15,882.00.  The

24   Defendant does not provide any details regarding when the hours were worked or what work was

25   done during any specified dates.  The Affidavit of Josh Cole Aicklen, Esq. of Lewis Brisbois

26   Bisgaard & Smith, is wholly inadequate under the Federal Rules of Civil Procedure and the law

27   of this circuit.  Good cause appearing therefore,

28

1    IT IS HEREBY ORDERED that Defendant's Request for Sanctions in the Form of

2    Attorney's Fees and Costs related to Defendant's Motion for Sanctions (#24) as supplement by

3    the Affidavit of Josh Cole Aicklen, Esq. (#43) is **DENIED**.

4    DATED this  31st  day of December, 2012.

5

6

7    _____

8    ROBERT J. JOHNSTON
     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -